Stephen Andrews (Cal. Bar No. 354327)
stephen@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNA CROWDER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PRE-PAID LEGAL SERVICES, INC. D/B/A LEGALSHIELD and TALKDESK, INC.,<br><br>*Defendants*. | Case No. 5:24-cv-01793-SB-DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ronna Crowder, by and through her counsel, hereby dismisses her claims against Pre-Paid Legal Services, Inc. d/b/a LegalShield and Talkdesk, Inc. without prejudice.

Dated: September 17, 2024          Respectfully submitted,

By: */s/ Stephen Andrews*
Stephen Andrews (Cal. Bar No. 354327)
stephen@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069